UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CLIVEN BUNDY, et al.,<br><br>    Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mot. for Joinder – ECF. No. 475) |

This matter is before the court on Defendant Eric J. Parker's Motion for Joinder (ECF. No. 475) to Defendant O. Scott Drexler's Motion for Bill of Particulars (ECF. No. 448). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. The government filed a Response (ECF. No. 519) to Drexler's Motion, which incorporated its arguments on the merits to the request for joinder. Drexler did not file a reply brief and the deadline for doing so has now passed. To avoid serial motions on the same matter, the court finds good cause to grant Parker's request to join in Drexler's Motion.

Accordingly,

**IT IS ORDERED:** Defendant Eric J. Parker's Motion for Joinder (ECF. No. 475) is GRANTED. The government's Response (ECF. No. 519) to Defendant O. Scott Drexler's Motion for Bill of Particulars (ECF. No. 448) shall serve as its response to Parker's joinder.

Dated this 5th day of July, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1