# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:16-cr-0046-GMN-PAL |
| vs. ) | |
| ) | **ORDER** |
| ERIC J. PARKER, O. SCOTT DREXLER, ) | |
| RICHARD R. LOVELIEN, ) | |
| STEVEN A. STEWART, TODD C. ENGEL, ) | |
| GREGORY P. BURLESON, ) | |
| ) | |
| Defendants. ) | |

At Calendar Call on January 20, 2017, the Court inquired if Defendants Eric J. Parker, O. Scott Drexler, Richard R. Lovelien, Steven A. Stewart, Todd C. Engel, Gregory P. Burleson (collectively, "Defendants") would like to be housed locally during their trial beginning on February 6, 2017, including weekends, to facilitate easier communication with their attorneys. No objections were made.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall be housed locally during their trial beginning on February 6, 2017, including weekends.

**DATED** this ___25___ day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court