# EXHIBIT D

# [FILED UNDER SEAL]

EXHIBIT D

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

COPY

P R O C E E D I N G S

B E F O R E T H E

F E D E R A L G R A N D J U R Y

TESTIMONY OF

DANIEL P. LOVE

TAKEN AT LAS VEGAS, NEVADA

WEDNESDAY, OCTOBER 14, 2015

AT 11:05 a.m.

PRESENT: A QUORUM OF THE FEDERAL GRAND JURY

STEVE MYHRE
FIRST ASSISTANT UNITED STATES ATTORNEY
DEPARTMENT OF JUSTICE
333 LAS VEGAS BLVD. SO. #5000
LAS VEGAS, NEVADA 89101

NICHOLAS DICKINSON
ASSISTANT UNITED STATES ATTORNEY

NADIA AHMED
SPECIAL ASSISTANT UNITED STATES ATTORNEY

ERIN CREEGAN
TRIAL ATTORNEY
WASHINGTON, DC

REPORTED BY: BONNIE TERRY

FREE STATE REPORTING, INC.
Court Reporting Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

2

EXHIBITS

| Exhibit No. | Description: | Identified: |
| --- | --- | --- |
| 1 | Video Recording | 38 |
| 2 | Map | 22 |

FREE STATE REPORTING, INC.
Court Reporting Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

GB.018483

P R O C E E D I N G S

Whereupon,

DANIEL P. LOVE

was called as a witness and, after first being duly sworn by the Foreperson of the Grand Jury, was examined and testified as follows:

FOREPERSON. Will you please state and spell your name for the court reporter?

WITNESS. Sure. It's Daniel Paul Love, D-a-n-i-e-l, Paul, P-a-u-l, Love, L-o-v-e.

FOREPERSON. Thank you. Please be seated.

EXAMINATION

BY MR. MYHRE:

Q. Good morning, Special Agent Love. How are you today?

A. I'm good, thank you.

Q. What is your current assignment?

A. I'm the special agent in charge for BLM law enforcement for region 3 which --

Q. Yeah, what is region 3 comprised of?

A. I'm sorry, it's comprised of all of Utah and all of Nevada.

Q. And were those your assigned duties in April of 2014?

A. Yes, sir, they were.

Q. Also in April of 2014, were you designated as the incident commander for the impoundment operation that would occur near Bunkerville, Nevada between the 5th and 12th of April of 2014?

A. Yes, sir, I was.

Q. So I want to discuss with you your duties and responsibilities as the incident commander and then walk through some of the events that occurred during that period between 5 and 12 April. But before doing so, could you give -- I'd like to give the grand jury a little sense of your background. So how long have you been with the BLM?

A. I joined the BLM in 2007 as a special agent.

Q. And before joining the BLM, did you have prior law enforcement experience?

A. I did, sir.

Q. And what was that?

A. On the federal side I worked for the United States Federal Air Marshals. Of that, the entire time I worked for them, I was assigned to the FBI Joint Terrorism Task Force out of Salt Lake City, Utah.

Q. So how long was that?

A. That would have been from 2002 until 2007.

Q. Before that time period, then, did you have any law enforcement experience?

A. I did, sir.