**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| |
|---|
| UNITED STATES OF AMERICA, |
| |
|         Plaintiff, |
| |
| vs. |
| |
| ERIC J. PARKER, |
| O. SCOTT DREXLER, |
| RICKY R. LOVELIEN, |
| STEVEN A. STEWART, |
| TODD C. ENGEL, and |
| GREGORY P. BURLESON, |
| |
|         Defendants. |

2:16-cr-46-GMN-PAL-11-16

DATE: March 14, 2017

Courtroom 7C

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich    COURT REPORTER: Patty Ganci

COUNSEL FOR PLAINTIFF:  Steven Myhre, Erin Creegan, Nicholas Dickinson, and Nadia Ahmed with FBI Agents Joel Willis, Mike Abercrombie, and Sharon Gavin

COUNSEL FOR DEFENDANT:  Jess Marchese, Todd Leventhal, Shawn Perez, Richard Tanasi, Todd Engel (Pro Se) with John George as standby counsel, and Terrence Jackson with Investigator Christine Abbott, and Paralegal Gwen Wilson

MINUTES OF PROCEEDINGS: Jury Trial (Day 16)

8:08 a.m.  The Court convenes outside the presence of the jury.  The Court admonishes the parties regarding courtroom demeanor.  The Court discusses a request by the parties to begin all remaining trial days at 8:30 a.m. instead of 8:00 a.m.  The Court will proceed 8:30 to 4:30 daily with a one hour lunch.

8:18 a.m.  The jury enters the courtroom.  **HUGH GOURGEON**, called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Tanasi on behalf of Mr. Stewart.  Mr. Marchese conducts cross examination on behalf of Mr. Parker.  Mr. Engel conducts cross examination on behalf of himself.  Mr. Leventhal conducts cross examination on behalf of Mr. Drexler.  Mr. Perez conducts cross examination on behalf of Mr. Lovelien.  Mr. Jackson conducts

cross examination on behalf of Mr. Burleson.  **EXHIBITS 5042 A-D are marked but not admitted at this time.**  The witness is excused.

9:04 a.m.  **MARK SEYLER**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Creegan.  **EXHIBITS 28, 168, 170-172, 174-175, 177, 352 and 354 are ADMITTED into evidence.**

9:49 a.m.  The jury is admonished and excused for a morning break.

9:50 a.m.  The Court convenes outside the presence of the jury.  The Court provides citations for a line of questioning provided by Mr. Tanasi.

9:51 a.m.  The Court stands at recess.

10:26 a.m.  **MARK SEYLER,** called on behalf of the Government and previously sworn, continues testifying on direct examination by Ms. Greegan.  **EXHIBITS 23, 25, 26, 37, 176, 178-179, 185-189, 193, 194, 197-198, 200, 203, 207, 212-213 and 351 (Pages 6 & 8) are ADMITTED into evidence. EXHIBITS 190 and 199 are ADMITTED into evidence as to Defendant Ricky R. Lovelien only.**

11:57 a.m.  The jury is admonished and excused for lunch.  The Court stands at recess.

1:10 p.m.  The Court reconvenes outside the presence of the jury.  The Court and parties discuss admissibility of previously-admitted exhibits.

1:26 p.m.  The jury enters the courtroom.  **MARK SEYLER,** called on behalf of the Government and previously sworn, continues testifying on direct examination by Ms. Greegan.  **EXHIBITS 42 (Page 1, Redacted), 43, 56-A & B, 169, 180-182, 195, 204-205, 208, 211, 219, 221, 224-226 and 230-232 are ADMITTED into evidence.  EXHIBIT 38 is marked but not admitted at this time.**

3:01 p.m.  The jury is admonished and excused for an afternoon break.  The Court stands at recess.

3:32 p.m.  The court reconvenes in the presence of the jury.  **MARK SEYLER,** called on behalf of the Government and previously sworn, continues testifying on direct examination by Ms. Greegan.  **EXHIBITS 183-184, 191-192, 196, 201-202, 210, 222, 233, 444 (Redacted) and 447-B are ADMITTED into evidence.  EXHIBIT 445 is ADMITTED and subsequently WITHDRAWN upon motion of the government.  EXHIBIT 337 is marked but not admitted at this time.**

4:30 p.m.  The jury is admonished and excused for the evening.

4:31 p.m.  The Court reconvenes outside the presence of the jury.  Mr. Tanasi makes a motion for severance on behalf of Mr. Stewart.  Mr. Leventhal and Mr. Marchese join the motion on behalf of Mr. Drexler and Mr. Parker, respectively.  The Court denies the motion.

///

4:33 p.m.  The Court adjourns.

Jury Trial continued to Wednesday, March 15, 2017 at 8:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:              /S/
Aaron Blazevich, Deputy Clerk