**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-46-GMN-PAL-11-16 |
| vs. | DATE: March 15, 2017 |
| ERIC J. PARKER, | Courtroom 7C |
| O. SCOTT DREXLER, | |
| RICKY R. LOVELIEN, | |
| STEVEN A. STEWART, | |
| TODD C. ENGEL, and | |
| GREGORY P. BURLESON, | |
| Defendants. | |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Patty Ganci

COUNSEL FOR PLAINTIFF:  Steven Myhre, Erin Creegan, Nicholas Dickinson, and Nadia Ahmed with FBI Agents Joel Willis, Mike Abercrombie, and Sharon Gavin

COUNSEL FOR DEFENDANT:  Jess Marchese, Todd Leventhal, Shawn Perez, Richard Tanasi, Todd Engel (Pro Se) with John George as standby counsel, and Terrence Jackson with Investigator Christine Abbott, and Paralegal Gwen Wilson

MINUTES OF PROCEEDINGS: Jury Trial (Day 17)

8:38 a.m.  The Court convenes outside the presence of the jury.  The Court admonishes the parties regarding courtroom demeanor.  The Court and parties discuss the admission of **EXHIBITS 337-AA and 174**.  **EXHIBIT 337-A** has not yet been admitted.  Ms. Creegan represents that only page 1 of **EXHIBIT 174** should have been admitted.  The record will reflect that only **page 1 of EXHIBIT 174 is ADMITTED.**  The Court and parties discuss **EXHIBIT 447-B,** which has previously been admitted.  The defense requests an additional portion of the exhibit be admitted.  The video with the additional portion of the exhibit is marked as **EXHIBIT 5045**.  EXHIBIT 5045 is not admitted at this time.

8:57 a.m.  The jury enters the courtroom.  **MARK SEYLER,** called on behalf of the Government and previously sworn, continues testifying on direct examination by Ms. Creegan.  Mr. Perez conducts cross examination on behalf of Mr. Lovelien.  **EXHIBITS 443 and 458 are ADMITTED into evidence.**

**EXHIBIT 337-A is ADMITTED into evidence as to Defendant Eric Parker only.  EXHIBITS 60, 154, 394 and 452 are marked but not admitted at this time.**

9:38 a.m.  The jury is admonished and excused for a morning break.

9:39 a.m.  The Court reconvenes outside the presence of the jury.  The Court discusses the government's objection regarding questioning and testimony of **MARK SEYLER**. The Court permits Mr. Perez to ask **MARK SEYLER** additional questions outside the presence of the jury.  The Court and parties agree that the witness's responses to Mr. Perez's questions are not relevant.

9:47 a.m.  The jury enters the courtroom.  **MARK SEYLER,** called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Perez on behalf of Mr. Lovelien.

10:46 a.m.  The jury is admonished and excused for a morning break.  The Court stands at recess.

11:08 a.m.  The jury enters the courtroom.  **MARK SEYLER,** called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Perez on behalf of Mr. Lovelien.  Mr. Tanasi conducts cross examination on behalf of Mr. Stewart.  Mr. Marchese conducts cross examination on behalf of Mr. Parker.

12:08 p.m.  The jury is admonished and excused for lunch.  The Court stands at recess.

1:20 p.m.  The Court reconvenes in the presence of the jury.  **MARK SEYLER,** called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Engel on behalf of himself.  Mr. Jackson conducts cross examination on behalf of Mr. Burleson.  Mr. Leventhal conducts cross examination on behalf of Mr. Drexler.  **EXHIBIT 5046 is marked but not admitted into evidence at this time.**  The witness is excused.

1:58 p.m. **TIMOTHY DEPPNER**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Ahmed.  **EXHIBIT 453 (Pages 3-6) are ADMITTED into evidence.**  The witness is excused.

2:05 p.m.  **JOSEPH WOOLSTENHULME**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Ahmed.  **EXHIBITS 143 (Redacted), 149 (Redacted) and 460 (Redacted) are ADMITTED into evidence.**

2:55 p.m.  The jury is admonished and excused for an afternoon break.

3:23 p.m.  **JOSEPH WOOLSTENHULME**, called on behalf of the Government and previously sworn, continues testifying on direct examination by Ms. Ahmed.  Mr. Tanasi conducts cross examination on behalf of Mr. Stewart.  Mr. Jackson conducts cross examination on behalf of Mr. Burleson.  Mr. Marchese conducts cross examination on behalf of Mr. Parker.  Mr. Leventhal conducts cross examination on behalf of Mr. Drexler.  Ms. Ahmed conducts redirect examination on behalf of the government.  Mr. Leventhal conducts recross examination on behalf of Mr. Drexler.  **EXHIBIT 5046**

**is ADMITTED into evidence.  Government reserves admission of EXHIBIT 304 at this time.**  The witness is excused.

4:00 p.m.  **ADAM NIXON,** called on behalf of the Government, is sworn and testifies on direct examination by Ms. Ahmed.  **EXHIBIT 351 (Page 2) is ADMITTED into evidence. EXHIBIT 272 is marked but not admitted into evidence at this time.**

4:11 p.m.  The jury is admonished and excused for the evening.

4:12 p.m.  The Court reconvenes outside the presence of the jury.  The Court and parties discuss the admissibility of **EXHIBIT 272**.  The Court and parties further discuss the redaction of various portions of **EXHIBITS 240, 241, 242, 252, 253, 254, 271, 272, 273, 274, 275, 276, and 277.**

4:43 p.m.  The Court adjourns.

Jury Trial continued to Thursday, March 16, 2017 at 8:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk