THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ERIC J. PARKER,<br>O. SCOTT DREXLER,<br>RICKY R. LOVELIEN,<br>STEVEN A. STEWART,<br>TODD C. ENGEL, and<br>GREGORY P. BURLESON,<br><br>          Defendants. | 2:16-cr-46-GMN-PAL-11-16<br><br>DATE: April 3, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Kathy Eismann

COUNSEL FOR PLAINTIFF: Steven Myhre, Erin Creegan, Nicholas Dickinson, and Nadia Ahmed with FBI Agents Joel Willis, Mike Abercrombie, and Sharon Gavin

COUNSEL FOR DEFENDANT: Jess Marchese, Todd Leventhal, Shawn Perez, Richard Tanasi, Todd Engel (Pro Se) with John George as standby counsel, and Terrence Jackson with Investigator Christine Abbott, and Paralegal Gwen Wilson

MINUTES OF PROCEEDINGS: Jury Trial (Day 23)

9:03 a.m.  The Court convenes outside the presence of the jury.  The Court admonishes the parties regarding courtroom demeanor.  The government states its intent to rest its case in chief in the presence of the jury.  Mr. Tanasi asks the Court if EXHIBIT 262B is admitted.  The Court's records confirm that **EXHIBIT 262B** is admitted.  The government confirms the admission of this exhibit as well.

9:10 a.m.  The Court hears oral arguments from Mr. Tanasi, Mr. Jackson, Mr. Perez, and Mr. George regarding the filed 29(a) motions (ECF Nos. 1794, 1797, 1798, 1800 and 1802).  Ms. Creegan responds on behalf of the government.  The Court makes rulings as stated on the record.  The Defendants' motions (ECF Nos. 1794, 1797, 1798, 1800 and 1802) are DENIED.  The Court hears arguments from Mr. Tanasi, Mr. Leventhal, and Mr. Jackson regarding the Motion to Compel (ECF

No. 1797).  The Court DENIES the Motion to Compel (ECF No. 1797).  The Court hears arguments from Mr. Marchese and Mr. Tanasi regarding the government's Motion to Exclude (ECF No. 1799). Mr. Myhre responds.  The Court GRANTS IN PART AND DENIES IN PART the government's Motion to Exclude (ECF No. 1799).

11:15 a.m.  The Court stands at recess for a morning break.

11:44 a.m.  The Court reconvenes outside the presence of the jury.  The Court makes further rulings regarding the admissibility of testimony of upcoming defense witnesses.

12:46 p.m.  The Court reconvenes outside the presence of the jury.  The Court discusses the details of testimony of **GARICK FREHNER** with attorney Paola Armeni.  Ms. Armeni informs the Court that her partner represented **HUGH GOURGEON** in this matter.  The Court and parties discuss scheduling for the remainder of the day.  The Court and parties discuss jury instructions.

1:36 p.m.  **GARICK FREHNER** is sworn and provides a financial affidavit to the Court.  Paola Armeni is appointed as counsel for **GARICK FREHNER**.  The Court canvasses **GARICK FREHNER** and the witness states he wishes to testify.  The Court and parties discuss scheduling for the remainder of the day.

1:49 p.m.  The Court canvasses Mr. Parker regarding testifying on his own behalf.  Mr. Parker wishes to testify on his own behalf.

1:56 p.m.  The jury enters the courtroom.  The government rests its case in chief.

1:58 p.m.  Mr. Marchese makes opening statements on behalf of Mr. Parker.

2:15 p.m.  The jury is admonished and excused for the evening.

2:16 p.m.  The Court reconvenes outside the presence of the jury.  The Court and parties discuss scheduling.

2:20 p.m.  The Court adjourns.

Jury Trial continued to Tuesday, April 4, 2017 at 8:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

> DEBRA K. KEMPI, CLERK
> U.S. DISTRICT COURT
>
> BY:           /S/
> Aaron Blazevich, Deputy Clerk