## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-46-GMN-PAL-11-16 |
| vs. | DATE: April 4, 2017 |
| ERIC J. PARKER,<br>O. SCOTT DREXLER,<br>RICKY R. LOVELIEN,<br>STEVEN A. STEWART,<br>TODD C. ENGEL, and<br>GREGORY P. BURLESON, | Courtroom 7C |
| Defendants. | |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich      COURT REPORTER: Kathy Eismann

COUNSEL FOR PLAINTIFF: Steven Myhre, Erin Creegan, Nicholas Dickinson, and Nadia Ahmed with FBI Agents Joel Willis, Mike Abercrombie, and Sharon Gavin

COUNSEL FOR DEFENDANT: Jess Marchese, Todd Leventhal, Shawn Perez, Richard Tanasi, Todd Engel (Pro Se) with John George as standby counsel, and Terrence Jackson with Investigator Christine Abbott, and Paralegal Gwen Wilson

MINUTES OF PROCEEDINGS: Jury Trial (Day 24)

8:36 a.m. The Court convenes outside the presence of the jury. The Court admonishes the parties regarding courtroom demeanor. The Court informs the parties that Juror 7 is ill. The parties indicate that they wish to excuse the jury for the day to see if Juror 7's health may improve. The Court excuses the jury for the day.

8:48 a.m. The Court makes representations regarding Mr. Engel's Motion for Reconsideration to Permit Todd Engel to Conclude the Trial (ECF No. 1805) and GRANTS the motion.

8:51 a.m. The Court and parties review the proposed jury instructions.

10:40 a.m. The Court stands at recess for a morning break.

11:06 a.m.  The Court reconvenes outside the presence of the jury.  The Court and parties continue reviewing proposed jury instructions.  The Court canvasses Mr. Parker again regarding testifying on his own behalf.  The Court and parties discuss the defendants' schedule for the remainder of trial.  The Court and parties discuss witness **GARICK FREHNER**.

12:24 p.m.  The Court adjourns.

Jury Trial continued to Wednesday, April 5, 2017 at 8:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:           /S/
Aaron Blazevich, Deputy Clerk