# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs<br><br>CLIVEN D. BUNDY, et al.,<br><br>　　　　Defendant, | 2:16-cr-00046-GMN-PAL<br><br>ORDER APPOINTING COUNSEL |

　　　　The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that this individual is indigent, therefore;

　　　　IT IS ORDERED that **TELIA U. WILLIAMS, ESQ.** is hereby appointed to represent **BRYCE POULSEN.**

　　　　DATED: April 5, 2017.

　　　　*Nunc Pro Tunc*: April 3, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge