THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ERIC J. PARKER,<br>O. SCOTT DREXLER,<br>RICKY R. LOVELIEN, and<br>STEVEN A. STEWART,<br><br>           Defendants. | 2:16-cr-46-GMN-PAL-11-14<br><br>DATE: July 18, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Kathy Eismann

COUNSEL FOR PLAINTIFF:  Steven Myhre, Erin Creegan, and Nadia Ahmed with FBI Agents Joel Willis, Mike Abercrombie, and Sharon Gavin and BLM Officer Christopher Allen

COUNSEL FOR DEFENDANT:  Jess Marchese, Richard Tanasi, Shawn Perez, and Todd Leventhal with Investigator Tori Bakken

MINUTES OF PROCEEDINGS: Jury Trial (Day 5)

9:21 a.m.  The Court convenes outside the presence of the jury.  The Court admonishes the parties regarding courtroom demeanor.  The Court calls Juror 16 into the courtroom.  Due to a family emergency, Juror 16 is DISMISSED.

9:33 a.m.  The jury enters the courtroom.  **MARK SEYLER**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Creegan.  **EXHIBITS 173-175, 49 (Pages 6 and 8), 52-58 and 37 are ADMITTED into evidence.**

10:24 a.m.  The jury is admonished and excused for a morning break.

10:45 a.m.  The jury enters the courtroom.  **MARK SEYLER**, called on behalf of the Government and previously sworn, continues testifying on direct examination by Ms. Creegan.  **EXHIBITS 59-80, 176 and 38 are ADMITTED into evidence.**

12:03 p.m.  The jury is admonished and excused for lunch.

1:20 p.m.  The jury enters the courtroom.  **MARK SEYLER**, called on behalf of the Government and previously sworn, continues testifying on direct examination by Ms. Creegan.  **EXHIBITS 81-85, 87,**

**183 (Pages 5 & 23) and 184-188 are ADMITTED into evidence. EXHIBITS 89 and 183 (Pages 14, 21 and 22) are marked but not admitted at this time.**

2:31 p.m.  The jury is admonished and excused for an afternoon break.

3:04 p.m.  The jury enters the courtroom.  **MARK SEYLER**, called on behalf of the Government and previously sworn, continues testifying on direct examination by Ms. Creegan.  Mr. Perez conducts cross examination on behalf of Mr. Lovelien.  **EXHIBIT 132 (Page 4) is ADMITTED into evidence. EXHIBIT 132 (Page 1) is marked but not admitted at this time.**

4:15 p.m.  The jury is admonished and excused for an afternoon break.  The Court reconvenes outside the presence of the jury.  The Court addresses issues regarding statements by the defendants.  The Court and parties further discuss issues concerning Juror 4.  The Court and parties discuss Juror 4 outside the presence of the remaining jurors.  The Court admonishes the defendants regarding demeanor in the presence of the jury.

4:30 p.m.  The jury enters the courtroom.  **MARK SEYLER**, called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Perez on behalf of Ricky Lovelien.

5:02 p.m.  The jury is admonished and excused for the evening.  Court adjourns.

Jury Trial continued to Wednesday, July 19, 2017, at 9:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.


                                                                DEBRA K. KEMPI, CLERK
                                                                U.S. DISTRICT COURT

                                                                BY:           /S/
                                                                Aaron Blazevich, Deputy Clerk