THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ERIC J. PARKER,<br>O. SCOTT DREXLER,<br>RICKY R. LOVELIEN, and<br>STEVEN A. STEWART,<br><br>             Defendants. | 2:16-cr-46-GMN-PAL-11-14<br><br>DATE: July 19, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Kathy Eismann and Felicia Zabin

COUNSEL FOR PLAINTIFF:  Steven Myhre, Erin Creegan, and Nadia Ahmed with FBI Agents Joel Willis, Mike Abercrombie, and Sharon Gavin and BLM Officer Christopher Allen

COUNSEL FOR DEFENDANT:  Jess Marchese, Richard Tanasi, Shawn Perez, and Todd Leventhal with Investigator Tori Bakken

MINUTES OF PROCEEDINGS: Jury Trial (Day 6)

9:21 a.m.  The Court convenes outside the presence of the jury.  The Court admonishes the parties regarding courtroom demeanor.

9:28 a.m.  The jury enters the courtroom.  **MARK SEYLER**, called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Perez on behalf of Ricky Lovelien.  Mr. Marchese conducts cross examination on behalf of Mr. Parker.  Mr. Tanasi conducts cross examination on behalf of Mr. Stewart.  Mr. Leventhal conducts cross examination on behalf of Mr. Drexler.  **EXHIBIT 89 is ADMITTED into evidence.**

10:43 a.m.  The jury is admonished and excused for a morning break.

11:22 a.m.  The jury enters the courtroom. **MARK SEYLER**, called on behalf of the Government and previously sworn, answers questions by the Court which were made by the jury.  Ms. Creegan conducts follow up direct examination on behalf of the Government.  Mr. Tanasi conducts follow up cross examination on behalf of Mr. Stewart.  Mr. Perez conducts follow up cross examination on behalf of Mr. Lovelien. Mr. Leventhal conducts follow up cross examination on behalf of Mr. Drexler.  Ms. Creegan conducts follow up redirect examination on behalf of the Government.  The witness is excused.

12:10 p.m.  The jury is admonished and excused for lunch.

1:40 p.m.  The jury enters the courtroom.  **ADAM SULLY**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Creegan.  Mr. Perez conducts cross examination on behalf of Mr. Lovelien.  Mr. Tanasi conducts cross examination on behalf of Mr. Stewart.  Mr. Leventhal conducts cross examination on behalf of Mr. Drexler.  Ms. Creegan conducts redirect examination on behalf of the Government.  The Court poses questions to the witness on behalf of the jury.  **EXHIBIT 136 and 39A are ADMITTED into evidence.**

2:45 p.m.  The jury is admonished and excused for an afternoon break.

3:18 p.m.  The jury enters the courtroom.  **ADAM SULLY**, called on behalf of the Government and previously sworn, testifies on follow up direct examination by Ms. Creegan.  Mr. Tanasi conducts follow up cross examination on behalf of Mr. Stewart.  **EXHIBIT 192 is ADMITTED into evidence.**  The witness is excused, subject to recall by the defense.

3:30 p.m.  **ALEX ELLIS**, called on behalf of the Government, is sworn and testifies on direct examination by Mr. Myhre.  **EXHIBITS 5A, 5B, 6, 7, 8, 9A, 10, 11, 12, 13A, 14, 15A, 16  and 22 are ADMITTED into evidence.  EXHIBITS 9 and 13 are marked but not admitted at this time.  EXHIBIT 15 is ADMITTED and subsequently WITHDRAWN on request of the Government.**

5:06 p.m.  The jury is admonished and excused for the evening.

5:07 p.m.  The Court reconvenes outside the presence of the jury.  The Court and parties discuss objections to various exhibits.

5:15 p.m.  Court adjourns.

Jury Trial continued to Thursday, July 20, 2017, at 9:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:              /S/
Aaron Blazevich, Deputy Clerk