**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ERIC J. PARKER,<br>O. SCOTT DREXLER,<br>RICKY R. LOVELIEN, and<br>STEVEN A. STEWART,<br><br>        Defendants. | 2:16-cr-46-GMN-PAL-11-14<br><br>DATE: August 9, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich    COURT REPORTER: Patty Ganci

COUNSEL FOR PLAINTIFF: Steven Myhre, Erin Creegan, and Nadia Ahmed with FBI Agents Joel Willis, Mike Abercrombie, and Sharon Gavin and BLM Officer Christopher Allen

COUNSEL FOR DEFENDANT: Jess Marchese, Richard Tanasi, Shawn Perez, and Todd Leventhal with Investigator Tori Bakken

MINUTES OF PROCEEDINGS: Jury Trial (Day 18)

10:55 a.m. The Court convenes outside the presence of the jury. Mr. Perez waives the presence of Mr. Lovelien during today's hearing. Mr. Lovelien will remain in the holding cell with the ability to hear all of the proceedings in the courtroom. Mr. Myhre states that the Government rests its case in chief. Mr. Perez joins in Mr. Parker, Mr. Drexler, and Mr. Stewart's Motion for Acquittal Pursuant to Rule 29 (ECF No. 2247). Ms. Creegan responds. The Motion for Acquittal Pursuant to Rule 29 (ECF No. 2247) is DENIED as stated on the record.

11:39 p.m. **KENNETH RHOADES**, called on behalf of the Defendants, is sworn and testifies on direct examination for his proffered testimony by Mr. Tanasi on behalf of Mr. Stewart. Ms. Creegan conducts cross examination on behalf of the Government.

12:00 p.m. The Court stands at recess for lunch.

1:15 p.m. The Court reconvenes outside the presence of the jury. **DENNIS MICHAEL LYNCH**, called on behalf of the Defendants, is sworn and testifies on direct examination for his proffered testimony by Mr. Leventhal on behalf of Mr. Drexler. Mr. Myhre conducts cross examination on behalf of the Government.

2:31 p.m. The Court stands at recess for an afternoon break.

3:10 p.m.  **WENDY SPENCER,** called on behalf of the Defendants, is sworn and testifies on direct examination for her proffered testimony by Mr. Tanasi on behalf of Mr. Stewart.  Ms. Ahmed conducts cross examination on behalf of the Government.

3:30 p.m.  **DARYL SPENCER**, called on behalf of the Defendants, is sworn and testifies on direct examination for her proffered testimony by Mr. Tanasi on behalf of Mr. Stewart.  Ms. Creegan conducts cross examination on behalf of the Government.

4:00 p.m.  The Court makes rulings on the proffered testimony from today's witnesses.  The Court and parties discuss the plans for Thursday, August 9, 2017.

4:20 p.m.  The Court adjourns.

Jury Trial continued to Thursday, August 10, 2017, at 9:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk