THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ERIC J. PARKER,<br>O. SCOTT DREXLER,<br>RICKY R. LOVELIEN, and<br>STEVEN A. STEWART,<br><br>　　　　　　Defendants. | 2:16-cr-46-GMN-PAL-11-14<br><br>DATE: August 14, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich　　　COURT REPORTER: Heather Newman

COUNSEL FOR PLAINTIFF: Steven Myhre, Erin Creegan, and Nadia Ahmed with FBI Agents Joel Willis, Mike Abercrombie, and Sharon Gavin and BLM Officer Christopher Allen

COUNSEL FOR DEFENDANT: Jess Marchese, Richard Tanasi, Shawn Perez, and Todd Leventhal with Investigator Tori Bakken

MINUTES OF PROCEEDINGS: Jury Trial (Day 20)

9:33 a.m.  The Court convenes outside the presence of the jury.  The Court admonishes the parties regarding courtroom demeanor.  The Court states that Mr. Marchese filed a Motion for Mistrial (ECF No. 2257).  Mr. Leventhal, Mr. Tanasi, and Mr. Perez join the motion on behalf of Mr. Drexler, Mr. Stewart, and Mr. Lovelien, respectively.  Mr. Myhre makes arguments regarding the Motion for Mistrial (ECF No. 2257).  Mr. Marchese responds.  The Court DENIES the Motion for Mistrial (ECF No. 2257) as stated on the record.

10:02 a.m.  The Court stands at recess to allow the parties to review the Motion for Sanctions (ECF No. 2255).  Court will resume at 11:00 a.m.

11:21 a.m.  The Court reconvenes outside the presence of the jury.  Mr. Leventhal, Mr. Tanasi, and Mr. Marchese make arguments regarding the Motion for Sanctions (ECF No. 2255) on behalf of Mr. Drexler, Mr. Stewart, and Mr. Parker, respectively.  The Court GRANTS IN PART AND DENIES IN PART without prejudice the Motion for Sanctions (ECF No. 2255) as stated on the record.  The Court will not require Mr. Drexler proffer his testimony before taking the stand.  The Court will provide a jury instruction regarding Mr. Parker's testimony as stated on the record.

11:53 a.m.  The Court stands at recess for lunch.

1:22 p.m.  The Court reconvenes outside the presence of the jury.  The Court canvasses Mr. Drexler regarding his desire to testify in this case.

1:28 p.m.  The jury enters the courtroom.  The Court strikes the entirety of **ERIC PARKER**'s testimony and instructs the jury that his testimony may not be considered as evidence during the jury's deliberations.

1:31 p.m.  **O. SCOTT DREXLER**, called on behalf of the Defendants, is sworn and testifies on direct examination by Mr. Leventhal.  Ms. Creegan conducts cross examination on behalf of the Government.

2:51 p.m.  The jury is admonished and excused for an afternoon break.

3:39 p.m.  The jury enters the courtroom.  **O. SCOTT DREXLER**, called on behalf of the Defendants and previously sworn, testifies on redirect examination by Mr. Leventhal.  Ms. Creegan conducts recross examination on behalf of the Government.  Mr. Leventhal conducts redirect examination.  Ms. Creegan conducts recross examination on behalf of the Government.  The witness answers questions from the jury as read by the Court.  The witness is excused.

4:12 p.m.  The Defense states it has no further witnesses.  The Government will not call any witnesses in rebuttal.

4:14 p.m.  The jury is admonished and excused for the evening.  The jury is instructed to report for trial at 10:00 a.m. on Tuesday, August 15, 2017.

4:15 p.m.  The Court reconvenes outside the presence of the jury.  The Court and parties discuss jury instructions and scheduling for the following day of trial.  The Court canvasses Mr. Lovelien and Mr. Stewart regarding their decision to not testify in this trial.

4:48 p.m. Court adjourns.

Jury Trial continued to Tuesday, August 15, 2017, at 9:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

                                                        DEBRA K. KEMPI, CLERK
                                                        U.S. DISTRICT COURT

                                                        BY:_____/S/_____
                                                        Aaron Blazevich, Deputy Clerk