AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF  NEVADA

UNITED STATES OF AMERICA

V.

ERIC J. PARKER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  2:16-cr-00046-GMN-PAL-11

The Defendant was found not guilty as to counts 1, 2, 12, 14, 15, and 16.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Gloria M. Navarro, Chief Judge U.S. District Court
Name of Judge            Title of Judge

August 22, 2017
            Date