DAYLE ELIESON
United States Attorney
District of Nevada
STEVEN W. MYHRE
NADIA J. AHMED
DANIEL R. SCHIESS
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
dan.schiess@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-CR-00046-GMN-PAL |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| ERIC J. PARKER, | |
| Defendant. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States, by and through the undersigned, and Jess R. Marchese, counsel for defendant ERIC J. PARKER, that the defendant's sentencing hearing, currently scheduled for February 8, 2018 at 9:30 a.m., be continued for a period of one-hundred and twenty (120) days or to a date and time convenient to the Court.

This stipulation is entered for the following reasons:

1. The parties need more time to prepare for the sentencing hearing.

2. The witnesses/victims need additional time to arrange travel so they can be present at sentencing for victim impact statements.

3. The Defendant is not in custody and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance filed herein.

**WHEREFORE,** the parties respectfully request that the Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for a period of one hundred and twenty (120) days.

**DATED** this 6th day of February, 2018.

Respectfully submitted,

| */s/ Steve W. Myhre* | */s/ Jess R. Marchese* |
|---|---|
| STEVEN W. MYHRE | JESS R. MARCHESE |
| Assistant United States Attorney | Counsel for Defendant |
| Counsel for the United States | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC J. PARKER,<br><br>    Defendant. | 2:16-CR-00046-GMN-PAL<br><br>**ORDER ON STIPULATION** |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED** that the sentencing hearing, currently scheduled for February 8, 2018, shall be continued to _____.


_____
UNITED STATES CHIEF DISTRICT JUDGE

IT IS SO ORDERED.

Entered: _____